**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JORGE MELENDEZ**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| JORGE MELENDEZ, | No.   2:18-CV-01833-EFB |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner, of SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 11, 2019.

This is a first extension, though after the initial due date, based on plaintiff's counsel having several other briefs due.

[Pleading Title] - 1

Dated: January 23, 2019 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: January 24, 2019  */s/ per e-mail authorization*

MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to February 11, 2019.

SO ORDERED.

Dated: January 25, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE