1 | MCGREGOR W. SCOTT
United States Attorney
2 | DEBORAH LEE STACHEL
3 | Regional Chief Counsel, Region IX
Social Security Administration
4 | MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
5 |     160 Spear Street, Suite 800
6 |     San Francisco, California 94105
    Telephone: (415) 977-8985
7 |     Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
8 |
9 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JORGE MELENDEZ, | ) Civil No. 2:18-cv-01833-EFB |
|     Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
|     v. | ) **FOR A FIRST EXTENSION OF TIME** |
| NANCY A. BERRYHILL, | ) **FOR DEFENDANT TO FILE HER** |
| Acting Commissioner of Social Security, | ) **MOTION FOR SUMMARY JUDGMENT** |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension because of an extremely heavy workload, including over twenty different district court merits briefs due within the next month, as well as a Ninth Circuit responsive brief to complete.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's Motion for Summary Judgment or remand stipulation will be Monday, April 15, 2019.

Respectfully submitted,

Date: *March 14, 2019*  By:  */s/ Jesse S. Kaplan**
JESSE S. KAPLAN
* *By email authorization on March 14, 2019*
Attorney for Plaintiff

Date: *March 14, 2019*  MCGREGOR W. SCOTT
United States Attorney

By:  */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: March 18, 2019.

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ