MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JORGE MELENDEZ, | ) Civil No. 2:18-cv-01833-EFB |
| | ) |
|    Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) **FOR A SECOND EXTENSION OF TIME** |
|    v. | ) **FOR DEFENDANT TO FILE HER** |
| | ) **MOTION FOR SUMMARY JUDGMENT** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension because of an extremely heavy workload, including fifteen different district court merits briefs due within the next month, as well as two Ninth Circuit responsive briefs to complete.

Stip. to Extend Def.'s MSJ

1

1 | The new due date for Defendant's Motion for Summary Judgment or remand stipulation
2 | will be Wednesday, May 15, 2019.

Respectfully submitted,

Date: *April 15, 2019*     By:     */s/ Jesse S. Kaplan\**
JESSE S. KAPLAN
*\* By email authorization on April 15, 2019*
Attorney for Plaintiff

Date: *April 15, 2019*     MCGREGOR W. SCOTT
United States Attorney

By:     */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: April 23, 2019.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ