| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | MICHAEL K. MARRIOTT, CSBN 280890 |
| | Special Assistant United States Attorney |
| 5 | 160 Spear Street, Suite 800 |
| 6 | San Francisco, California 94105 |
| | Telephone: (415) 977-8985 |
| 7 | Facsimile: (415) 744-0134 |
| 8 | E-Mail: Michael.Marriott@ssa.gov |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| JORGE MELENDEZ, | ) | Civil No. 2:18-cv-01833-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **FOR A THIRD EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her MSJ. Upon review of the record and Plaintiff's MSJ, Defendant believes that this case may be appropriate for voluntary remand in lieu of further litigation. Defendant respectfully requests this additional time to attempt to obtain remand authority.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's Motion for Summary Judgment or remand stipulation will be Wednesday, May 29, 2019.

Respectfully submitted,

Date: *May 15, 2019*  By: */s/ Jesse S. Kaplan\**
JESSE S. KAPLAN
*\* By email authorization on May 15, 2019*
Attorney for Plaintiff

Date: *May 15, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: May 16, 2019.

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ