MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JORGE MELENDEZ, | Civil No. 2:18-cv-01833-EFB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reconsider Plaintiff's vision impairments, including the reevaluation of the opinions of consultative examiner Dr. James Reece, as well as State agency physician Dr. G. Taylor, and explain the weights given to these opinions. The ALJ should re-determine whether Plaintiff's vision impairments are severe, reassess Plaintiff's residual functional capacity, take any further action necessary to complete the record, and issue a new decision.

Respectfully submitted,

Date: *May 21, 2019*     By:    */s/ Jesse S. Kaplan\**
                                JESSE S. KAPLAN
                                *\* By email authorization on May 21, 2019*
                                Attorney for Plaintiff

Date: *May 21, 2019*            MCGREGOR W. SCOTT
                                United States Attorney

                         By:    */s/ Michael K. Marriott*
                                MICHAEL K. MARRIOTT
                                Special Assistant United States Attorney
                                Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

## ORDER

APPROVED AND SO ORDERED. The Clerk is directed to enter judgment in favor of plaintiff accordingly.

DATED: May 21, 2019.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand